October 13, 2011



# JUDGMENT

# The Fourteenth Court of Appeals

LORETTER BROCK, Appellant

NO. 14-11-00337-CV                    V.

VERNA ROQUEMORE, Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the order signed by the court below on December 17, 2010.  Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by LORETTER BROCK.

We further order this decision certified below for observance.